Opinion issued July 14, 2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00230-CV

———————————

FRANCISCO
EDUARDO MARQUEZ AND EDNA ARVIZU MARQUEZ, EACH INDIVIDUALLY, AND AS
REPRESENTATIVES OF THE ESTATE OF RENE MARQUEZ, DECEASED, AND FRANCISCO EDUARDO
MARQUEZ, JR.,
Appellants

V.

CITY
OF HOUSTON AND A. ALANIZ, JR., Appellees



 



 

On Appeal from the 152nd District Court 

Harris County, Texas



Trial Court Cause No. 2009-76324

 



MEMORANDUM
OPINION

Appellants have filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.